UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mc-20250-PCH

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Petitioner,

vs.

CHRISTOPHER CALMORE SHAND,

Respondent.
_____/

# ORDER

**THIS CAUSE** is before the Court upon Petitioner's, the Department of Homeland Security, Immigration and Customs Enforcement ("Petitioner"), Emergency Petition for Entry of Order Permitting Involuntary (1) Administration of Nutrients & Hydration and (2) Performance of Laboratory Tests, Blood Draws, Urinalysis, Daily Weigh-Ins with Vital Signs, and Routine Medical Examinations to Monitor and Manage Hunger Strike [ECF No. 1] (the "Petition").  Having reviewed the Petition and its attachments, particularly the supporting declaration of Dr. Manuel E. Lopez Diaz, and being otherwise fully advised in the premises, the Court finds that an emergency condition exists in light of Respondent's, Christopher Calmore Shand ("Respondent"), refusal to obtain adequate nutrition and hydration or cooperate with medical examinations, which, in the medical opinion of his doctor, has caused significant deterioration to his health, such that medical intervention is now required to preserve Respondent's life. The Court also finds, based on Dr. Lopez Diaz's declaration, that the involuntary administration of laboratory testing (blood and urine) and physical evaluation, is medically appropriate and

necessary to preserve Respondent's life. Finally, the Court finds there is a need to take immediate action on Petitioner's request, pending any challenge by Respondent to Petitioner's commencement of this civil matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Petition is **GRANTED IN PART AND DENIED IN PART**.

2. Petitioner is authorized, through competent medical authority, including the medical staff at Larkin Community Hospital, Inc., located in Miami, Florida ("Larkin"), to perform involuntary laboratory tests deemed medically necessary to assess Respondent's health status, including blood and urine analyses, physical exams, and weight checks. Petitioner is also authorized, through competent medical authority, including the medical staff at Larkin, to restrain Respondent with medical soft restraints if he resists or asserts that he intends to resist the performance of medical examinations.

3. This matter is scheduled for a hearing to determine whether it is appropriate to involuntarily administer hydration and/or nutrients to Respondent. The hearing will take place in the Miami Division before the Honorable Paul C. Huck on **Wednesday, January 22, 2025 at 11:50 AM**. The hearing will be conducted via Zoom video conference. The parties will receive an email from Chambers with the Zoom meeting login information prior to the hearing. **Respondent must be present for this hearing**.

4. Petitioner must serve this Order on Respondent's counsel in his underlying immigration proceeding. Petitioner is under a continuing obligation to inform the Court as to whether Respondent obtains counsel.

**DONE AND ORDERED** in Miami, Florida, on January 17, 2025.

_____
Paul C. Huck
United States District Judge

cc: All Counsel of Record