**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-mc-20250-PCH**

**IN RE APPLICATION OF**
**DEPARTMENT OF HOMELAND**
**SECURITY, IMMIGRATION AND**
**CUSTOMS ENFORCEMENT,**

    Petitioner,

v.

**CHRISTOPHER CALMORE SHAND,**

    Respondent.

                                        /

## ORDER

    **THIS MATTER** is before the Court on Petitioner's Emergency Petition for Entry of Order Permitting Involuntary (1) Administration of Nutrients and Hydration and (2) Performance of Laboratory Tests, Blood Draws, Urinalysis, Daily Weigh-Ins with Vital Signs, and Routine Medical examinations to Monitor and Manage Hunger Strike [ECF No. 1] ("Petition"), filed on January 16, 2025. On January 17, 2025, the Court entered an Order [ECF No. 3] ("Order") authorizing Petitioner to perform involuntary laboratory tests deemed medically necessary to assess Respondent's health status. On January 22, 2025, the Court held a hearing on the Petition. Liuba Gonzalez Lopez and Diana Alvarez Padron appeared on behalf of the Department of Homeland Security and Miriam Alinikoff appeared on behalf of the United States Attorneys' Office. Respondent, Christopher Calmore Shand, appeared and was represented by Denise Pensinger. For the reasons stated at the hearing, it is hereby:

    **ORDERED AND ADJUDGED** that the Order [ECF No. 3] is **EXTENDED** to **March 21, 2025.**

    **DONE AND ORDERED** in Miami, Florida on January 22, 2025.

                                        

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC: All Counsel of Record