UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mc-20250-PCH

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Petitioner,

vs.

CHRISTOPHER CALMORE SHAND,

Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Petitioner's, the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Motion to Extend the Order Permitting Involuntary Administration of Laboratory Tests and Routine Medical Examinations [ECF No. 7] (the "Motion"). The Court has reviewed the Motion and the supporting Supplemental Declaration of Manuel E. Lopez Diaz, M.D. attached thereto as Exhibit A.

The Court finds, based on Dr. Lopez Diaz's supplemental declaration, that the continued involuntary administration of laboratory testing, to include blood draws, weight checks, urinalysis, and vital sign readings, are medically necessary to preserve Respondent's life.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Motion [ECF No. 7] is **GRANTED**.

2.      ICE is **AUTHORIZED**, through competent medical authority, including Larkin Community Hospital Miami, Florida, to perform involuntary laboratory tests deemed medically necessary, to include blood draws, vital sign readings, urinalysis, and weight checks.

3.     Further, ICE is **AUTHORIZED**, through competent medical authority, to include the medical staff at Larkin Community Hospital, Miami, Florida, to restrain Respondent with medical soft restraints if he resists or asserts that he intends to resist the administration of laboratory testing, to include blood draws, vital sign readings, urinalysis, and weight checks.

4.     This Order will remain in effect until May 20, 2025.

**DONE AND ORDERED** in Miami, Florida, on March 21, 2025.

Paul C. Huck
United States District Judge

cc: All Counsel of Record

2