UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-mc-20250-PCH

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

       *Petitioner*,

vs.

CHRISTOPHER CALMORE SHAND

       *Respondent*.

_____ /

## NOTICE OF AUSA REASSIGNMENT

The undersigned Assistant United States Attorney files this Notice of Reassignment as lead counsel of record for the Petitioner in this matter. AUSA Zakarij N. Laux is no longer assigned to this case, and Petitioner requests that the case docket be revised to reflect that AUSA Jennifer R. Andrade is now Petitioner's counsel of record in this case.

       Respectfully submitted,

       HAYDEN P. O'BYRNE
       UNITED STATES ATTORNEY

By:   *Jennifer R. Andrade*_____
       JENNIFER R. ANDRADE
       Assistant U.S. Attorney
       Federal Bar No. A5503107
       United States Attorney's Office
       Southern District of Florida
       99 NE 4th Street, Suite 300
       Miami, FL 33132
       Telephone: (305) 961-9313
       Email: Jennifer.Andrade@usdoj.gov

       *Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing (with any attachments) was hand-delivered on this 24th day of April, 2025, to Christopher Calmore Shand at the Krome Service Processing Center, 18201 S.W. 12th Street, Miami, Florida 33194, where he is legally detained.

*Jennifer R. Andrade*