UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-mc-20250-PCH

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      *Petitioner*,

vs.

CHRISTOPHER CALMORE SHAND

      *Respondent*.

_____ /

## **PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, by and through its undersigned counsel, files this Notice of Voluntary Dismissal, and states:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Petitioner voluntarily dismisses this action, without prejudice.

          Respectfully submitted,

          HAYDEN P. O'BYRNE
          UNITED STATES ATTORNEY

By:   *Jennifer R. Andrade*
      JENNIFER R. ANDRADE
      Assistant U.S. Attorney
      Federal Bar No. A5503107
      United States Attorney's Office
      Southern District of Florida
      99 NE 4th Street, Suite 300
      Miami, FL 33132
      Telephone: (305) 961-9313
      Email: Jennifer.Andrade@usdoj.gov

      *Counsel for Petitioner*

## <u>CERTIFICATE OF SERVICE</u>

Respondent Christopher Calmore Shand was removed from the United States on April

24, 2025, and therefore, is not able to be served with the foregoing Notice.

*Jennifer R. Andrade*